UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEAN MURPHY,<br><br>   Plaintiff,<br><br>   v.<br><br>DEWAYNE MOORE, et al.,<br><br>   Defendants. | No. 1:24-cv-00226-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 24) |

   On December 17, 2024, the parties filed a joint stipulation dismissing the action without prejudice. (Doc. 24.) In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 18, 2024**         /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE